UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

UNITED STATES OF AMERICA
ex rel. PDEF, INC.,

        Plaintiff,

v.

MIDDLE EAST FORUM,

        Defendant.

Civil Action No. 25-0537 (CJN)

**UNDER SEAL**

### UNITED STATES' NOTICE OF CONSENT TO DISMISSAL WITHOUT PREJUDICE TO THE UNITED STATES AND MOTION TO UNSEAL

Pursuant to Federal Rule of Civil Procedure ("Rule") 41, Relator filed a notice of voluntary dismissal on or around June 26, 2026. In accordance with the False Claims Act, 31 U.S.C. § 3730(b)(1), the United States respectfully notifies the Court that the Attorney General consents to the dismissal of this action without prejudice to Relator and without prejudice to the United States, based on its determination that such a dismissal is commensurate with the public interest and that the matter does not warrant the continued expenditure of government resources to pursue based on currently available information.

The United States further requests that the Complaint, this notice, the Court's Order dismissing this matter, and all other matters filed in this action after the date of this Court's Order be unsealed. The United States requests that all other filings not specified above remain under seal because in discussing the content and extent of the United States' investigation, such papers are provided by law to the Court alone for the sole purpose of evaluating whether the seal and time for making an election to intervene should be extended.

**RECEIVED**

JUL 07 2026

Clerk, U.S. District & Bankruptcy
Courts for the District of Columbia

A proposed order accompanies this notice.

Dated: July 7, 2026
        Washington, DC

Respectfully submitted,

JEANINE FERRIS PIRRO
United States Attorney

By: _____
     STEPHANIE R. JOHNSON,
        D.C. Bar # 1632338
     Assistant United States Attorney
     Civil Division
     601 D Street, NW
     Washington, DC 20530
     (202) 252-7874
     Stephanie.Johnson5@usdoj.gov

*Attorneys for the United States of America*

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on this 7th day of July 2026, I caused a true and correct copy of the foregoing to be served on counsel for Relator by electronic mail. Defendant has not been served with copies of the foregoing notice and proposed order.

STEPHANIE R. JOHNSON
Assistant United States Attorney