**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

|  |  |
|---|---|
| PDEF, INC. ex rel. UNITED STATES OF AMERICA,<br><br>*Plaintiff*,<br><br>v.<br><br>MIDDLE EAST FORUM,<br><br>*Defendant*. | Civil Action No. 1:25-cv-00537 (CJN) |

## ORDER

Upon consideration of the Motions to Dismiss and Unseal the Case, and the Notice of Consent to Dismissal by the United States, *see* ECF Nos. 9, 10, & 11, it is hereby

**ORDERED** that both motions, ECF Nos. 9 & 11, are **GRANTED**; it is further

**ORDERED** that Relator's Complaint shall be dismissed without prejudice as to the Relator and without prejudice as to the United States; it is further

**ORDERED** that the Complaint, the United States' Consent to Dismissal, this Order, and all matters filed or occurring in this action after the entry of this Order be unsealed; and it is further

**ORDERED** that all other papers or Orders on file in this matter filed prior to the entry of this Order shall remain under seal.

**SO ORDERED.**

DATE:  July 9, 2026

_____
CARL J. NICHOLS
United States District Judge

1